IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLYSON B, a minor by and through her parents, SUSAN B. and MARK B., <br> Plaintiffs, <br><br> v. <br><br> MONTGOMERY COUNTY INTERMEDIATE UNIT NO. 23, <br> Defendant. | Civil Action No. 07-2798 |

**ORDER**

AND NOW, this 31st day of March, 2010, for the reasons set forth in the accompanying opinion, it is hereby ORDERED that (1) defendants' motion for summary judgment/judgment on the administrative record (Docket No. 44) is GRANTED as to all of the plaintiff's remaining claims, and (2) the plaintiffs' amended motion for summary judgment/judgment on the administrative record (Docket No. 50, 53) is DENIED.

BY THE COURT:

/ s / Louis H. Pollak
Pollak, J.